492 P.2d 1258

**ENCINO GARDENS CARE CENTER, INC.,
a Corporation, Petitioner,**

v.

**Ella Lee CROCKETT, Respondent.**

**No. 9391.**

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 699, 83 N.M. 410, 492 P.2d 1273, be and the same is hereby returned to the Clerk of the Court of Appeals.

492 P.2d 1258

**Juan M. GOMEZ, Respondent,**

v.

**HAUSMAN CORPORATION, Employer, and
Aetna Life & Casualty, Insurer,
Petitioners.**

**No. 9387.**

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 719, 83 N.M. 400, 492 P.2d 1263, be and the same is hereby returned to the Clerk of the Court of Appeals.

492 P.2d 1258

**INTERNATIONAL MINERALS & CHEMICAL CORPORATION (IMC),
Petitioner,**

v.

**PROPERTY APPRAISAL DEPARTMENT,
State of New Mexico, Respondent.**

**No. 9397.**

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 670, 83 N.M. 402, 492 P.2d 1265, be and the same is hereby returned to the Clerk of the Court of Appeals.

492 P.2d 1258

**STATE of New Mexico, Respondent,**

v.

**Sylvester ATWOOD, Petitioner.**

**No. 9383.**

Supreme Court of New Mexico.

Jan. 18, 1972.

Further ordered that the record in Court of Appeals Cause No. 685, 83 N.M. 416, 492 P.2d 1279 be and the same is hereby returned to the Clerk of the Court of Appeals.